IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CV-3117 |
| vs. | ORDER |
| LARAE SCHUNK, individually, and as Personal Representative of the Estates of Clayton C. Heinrich and Leona J. Heinrich, et al., | |
| Defendants. | |

IT IS ORDERED:

1. The United States' Unopposed Motion for Entry of Judgment (filing 13) is granted.

2. The United States holds valid federal tax liens that attach to the real property located at 102 West Lancaster Street, Blue Hill, Nebraska, more particularly described as:

    > The South Twenty-seven feet (S27') of Lot Two (2) and all of Lots Three (3), Four (4), Five (5), Six (6) and Seven (7), Block Five (5), Grussell's Subdivision of Rohrer's Addition to Blue Hill, Webster County, Nebraska.

3. The federal tax liens shall be foreclosed and enforced against the above-described property, and the property shall be sold,

free and clear of all rights, titles, claims, and interests of the parties to this action, with no right of redemption.

4. After the property has been sold pursuant to any foreclosure sale in this action, the proceeds from the sale shall be distributed first to the costs of the sale; second to the United States to pay the federal income tax liabilities of Clayton C. and Leona J. Heinrich for tax years 2007-2009 that underlay the federal tax liens; and next, if any proceeds remain, in equal shares to LaRae Schunk, Ronald Heinrich, Taren Hoffman, Clayton Heinrich, and Tamera Pickel.

5. A separate judgment will be entered.

Dated this 6th day of February, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge