IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LARAE SCHUNK, individually, and as Personal Representative of the Estates of Clayton C. Heinrich and Leona J. Heinrich, et al.,<br><br>        Defendants. | 4:18-CV-3117<br><br>ORDER CONFIRMING SALE |

IT IS ORDERED:

1. The plaintiff's Motion for Confirmation of Sale and Distribution of Sale Proceeds (filing 19) is granted.

2. The sale of the property located at 102 West Lancaster Street, Blue Hill, Nebraska, and legally described as:

    > The South Twenty-seven feet (S27') of Lot Two (2) and all of Lots Three (3), Four (4), Five (5), Six (6) and Seven (7), Block Five (5), Grussell's Sub-division of Rohrer's Addition to Blue Hill, Webster County, Nebraska,

    to Joshua W. Henderson is confirmed.

3. The Internal Revenue Service shall issue a deed to Joshua W. Henderson for the Property.

4. The Clerk of the Court shall distribute the proceeds of the sale as follows:

   a. $1,254.18 to IRS Property Appraisal and Liquidation Specialists (check payable to "Department of Treasury") c/o:

      Deborah Whitfield
      PALS, Internal Revenue Service
      2937 S. Clairmont Ave
      Springfield, MO 68504

   b. $4,202.64 to the Webster County Treasurer (check payable to "Webster County Treasurer") c/o:

      Webster County Treasurer
      PO Box 404
      Red Cloud, NE 68970

   c. $99,543.18 (or remaining balance) to the United States of America (check payable to "Department of Justice") c/o:

      U.S. Dept. of Justice, Tax Division
      Attn: Financial Litigation Unit
      PO Box 310
      Washington, DC 20044

Dated this 7th day of August, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge